THE NATIONAL SAVINGS BANK OF THE CITY OF ALBANY, Plaintiff, v. HARRY KAYE and JULIA KAYE, Defendants.— Motion for stay granted upon condition that defendants-appellants furnish a bond in the sum of $1,500, to be approved by a justice of the Supreme Court, as security for the payment of any judgment

which may be rendered in favor of the plaintiff in this action within five days after the service of the order to be entered hereon; otherwise the motion for stay denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.